IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) GAYLE HILL, et al. ) ) Defendants. ) | Civil Action No.: 11-414 |

**PLAINTIFF'S MOTION TO POSTPONE
SETTLEMENT CONFERENCE DEADLINE**

COMES NOW Plaintiff, New Hampshire Insurance Company, and moves this Honorable Court to enter an order postponing the deadline for the parties to participate in a settlement conference. As grounds therefore, New Hampshire Insurance Company ("NHIC") states as follows:

1. NHIC filed this declaratory judgment action seeking a determination that no coverage is available for the underlying actions involving the Defendants under the insurance policy issued by NHIC to Leisure Tyme RV, Inc. The grounds therefore are set forth in the Motion for Summary Judgment filed by NHIC on April 9, 2012.

2. On November 11, 2011, this Honorable Court entered a Scheduling Order requiring the parties to conduct a settlement conference and report to the Court the status of the conference by April 18, 2012.

3. On April 10, 2012, this Honorable Court entered an Order setting forth deadlines for responses to NHIC's Motion for Summary Judgment, which states the Court will take the Motion for Summary Judgment under submission on May 15, 2012.

4. Because no money damages are sought in this case, the potential for settlement of NHIC's claims does not exist.

5. Furthermore, because the parties all reside in different states, a conference requiring all parties to meet face-to-face would not meet the goal of judicial economy, given a monetary settlement is not a possibility.

6. Since a ruling on NHIC's Motion for Summary Judgment will address all of the coverage issues, NHIC requests the settlement conference deadline be postponed until after the Court rules on the Motion for Summary Judgment.

WHEREFORE, premises considered, NHIC respectfully moves this Honorable Court to postpone the deadline for the parties' settlement conference until after May 15, 2012.

    Respectfully submitted,

    s/ Michelle L. Crunk
    John W. Dodson    (DOD012)
    Michelle L. Crunk    (CRU017)
    *Attorneys for New Hampshire Ins. Co*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
Post Office Box 430189
Birmingham, Alabama  35243-0189
(205) 879-8722 phone
(205) 879-8831 fax
jwd@ffdlaw.com
mlc@ffdlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 13<u>th</u> day of <u>April</u>, 2012, a copy of the foregoing document has been served upon counsel for all parties to this proceeding by the following method:

[ X ]    via e-file

Earl P. Underwood, Jr.
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, AL 36532-2206

James P. Coleman
Murchison & Howard, LLC
Post Office Box 2147
Foley, Alabama  36536

<u>s/  Michelle L. Crunk</u>
OF COUNSEL
