IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 11-414 |
| | ) | |
| GAYLE HILL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR A 7-DAY EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants, John A. Pankratz, Donald R. and Jane M. McBrier, James L. Heitman, Anthony and Eva. N. Cortese, Rodney I. Cammauf, Garwood C. and Janet R. Wolfe, and James H. McNally, by and through the undersigned attorney, in the above-styled matter, and respectfully requests this honorable court to grant Plaintiffs' an additional seven (7) days to respond to New Hampshire Insurance Company Motion for Summary Judgment (Doc. 21), such that said response would be due no later than May 7, 2012. Defendants submit that, due to the traveling schedule of the their counsel that additional time is necessary to adequately respond to the motion. Counsel for Plaintiff, New Hampshire Insurance Company, has indicated to the undersigned he has no objections to a seven (7) day extension.

**RESPECTFULLY** submitted on this the 27th day of April, 2012.

James D. Patterson
Earl P. Underwood, Jr.
Underwood & Riemer, PC
*Attorneys for Defendants*
21 S. Section Street

Fairhope, AL 36532<br>251.990.5558

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 27th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF filing system, which will send electronic notification of such filing to all counsel of record.

_____
James D. Patterson
*One of the Attorneys for Defendants*