# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 11-414-CG-B |
| GAYLE HILL, et al., ) ) | |
| Defendants. ) | |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting Plaintiff's motion for summary judgment, judgment is hereby entered in favor of Plaintiff, **NEW HAMPSHIRE INSURANCE COMPANY**, and against Defendant Gayle Hill and Purchaser Defendants John Pankratz, Garwood C. and Janet R. Wolfe, Rodney I. Cammauf, and James McNally, and it is hereby **DECLARED** that:

Plaintiff has no liability or any other obligation to the Purchaser Defendants with respect to any of the claims or demands against Leisure Tyme RV, Inc. and Gayle Hill arising out of or related to Leisure Tyme RV, Inc.'s alleged failure to retire loans on the Purchaser Defendants' traded-in RVs.

**DONE and ORDERED** this 23rd day of August, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE